UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | | |
|---|---|---|
| United States of America | § | |
| | § | |
| vs. | § | NO: AU:26-CR-00461(1)-DAE |
| | § | |
| (1) Zenon De Jesus-Dircio | § | |

**ORDER**

On this day the Court reviewed the file in the above-styled cause, and specifically the Report and Recommendation of the United States Magistrate Judge filed September 28, 2026, wherein the defendant De Jesus-Dircio waived appearance before this Court and appeared before United States Magistrate Judge Dustin Howell for the taking of a felony plea and Rule 11, Fed. R. Crim. P., allocution. The Magistrate Judge recommends that the plea of guilty be accepted by the undersigned, and noting no opposition by defendant De Jesus-Dircio to the Report and Recommendation, the Court enters the following order:

**IT IS THEREFORE ORDERED** that the defendant De Jesus-Dircio's plea of guilty to Count One of the Information is accepted.

Signed this 15th day of October, 2026.



DAVID ALAN EZRA
SENIOR U.S. DISTRICT JUDGE